IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 5:19-CR-00511** |
| | ) | |
| Plaintiff, | ) | **JUDGE JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **LANTY CARR,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on February 20, 2020, upon the request of United States Pretrial Services Office for a finding that the defendant had violated the conditions of his bond. The defendant was present and represented by counsel. The defendant waived his right to a hearing and admitted to violating the conditions of his bond. Upon consideration of statements of counsel and Pretrial Services, the Court finds that the terms of the defendant's bond have been violated.

**IT IS ORDERED** that defendant's bond is hereby revoked and defendant is remanded to the custody of the United States Marshal pending sentencing.

Dated: February 20, 2020        *s/        James S. Gwin*
                                JAMES S. GWIN
                                UNITED STATES DISTRICT JUDGE